In re Telotta, Robert; Telotta, Robert J.; Telotta, Anthony J., Jr.; Lemaire, Patricia; Vining, Jo Anne; Boudreaux, Mary Lou; Ze-ringue, Theresa; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, No. CA92-1368, CA92-1367; Parish of Lafayette, Fifteenth Judicial District Court, Div. “I”, No. 88-0618; Fifteenth Judicial District Court, Div. “F”, No. 88-5315.
Denied.
ORTIQUE, J., would grant the writ.
CALOGERO, C.J., recused.
WATSON, J., not on panel.